In re: Alonzo Edwards applying for writ of certiorari.

Writ refused. Upon the reservation of a proper bill of exception, defendant has an adequate remedy by appeal in the event of conviction. LSA–C.Cr.P. Art. 648; see State v. Neu, 180 La. 545, 157 So.2d 105.

231 So.2d 401

**STATE of Louisiana**

**v.**

**Bonnie MOUSER.**

**No. 50404.**

Feb. 26, 1970.

In re: Bonnie Mouser applying for writs of certiorari or review.

Granted. See Order.

See also Section 36 of Article 7, La. Const.1921, and State v. Cumming, 251 La. 416, 204 So.2d 769.

S. SANFORD LEVY, Associate Justice ad hoc.

. The petition of relator in the above numbered and entitled cause having been duly considered:

It is ordered that the Honorable Edward J. Stoulig, Judge of the Twenty-Fourth Judicial District Court for the Parish of Jefferson, accept jurisdiction of the appeal in this matter.

It is further ordered that in the event the respondent judge fails to comply with the aforesaid order on or before March 6, 1970, that a writ of certiorari issue herein directing the said judge to transmit to the Supreme Court of the State of Louisiana, the record in duplicate or a certified copy of the record in duplicate in this proceeding and that the respondent judge show cause to the contrary in this Court on March 30, 1970, at 11:00 o'clock a. m.

231 So.2d 401

**STATE of Louisiana**

**v.**

**John K. SNYDER.**

**No. 50405.**

Feb. 26, 1970.

In re John K. Snyder applying for writs of certiorari, mandamus and prohibition.

The petition of the relator in the above entitled and numbered case having been duly considered,

It is ordered that a writ of certiorari issue herein, directing the Honorable Guy E. Humphries, Jr., Judge of the Ninth Judicial District, Court for the Parish of Rapides, to transmit to the Supreme Court of Louisiana, on or before the 7th day of May, 1970, the record in duplicate, or a certified copy of the record in duplicate, of the proceedings complained of by the relator herein, to the end that the validity of said proceedings may be ascertained.

It is further ordered that the aforesaid Judge of said Court and the respondent through its attorney shall show cause, in this court, on the date aforesaid, at 11 o'clock A. M., why the relief prayed for in the petition of the relator should not be granted.

It is further ordered that, in the meantime and until the further orders of this court all proceedings against the relator in said Ninth Judicial District Court shall be stayed and suspended.